# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-3398

_____

United States of America,       *
     *
         Appellee,      *
     *
      v.      *    Appeal from the United States
     *    District Court for the
Joshua David Ritter, also known as      *    Northern District of Iowa.
Stinky,      *
     *    [UNPUBLISHED]
         Appellant.      *

_____

Submitted: April 14, 2008
Filed: April 18, 2008

_____

Before WOLLMAN, RILEY, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

After revoking his supervised release, the district court[1] sentenced Joshua David Ritter to 8 months in prison and 12 months of supervised release. Ritter appeals, arguing first that his sentence is unreasonable and, second, that the district court lacked authority to order him to reside at a residential re-entry center after his release from prison.

_____

[1]The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.

We conclude that the sentence, which was within the statutory maximum and resulted from the district court's consideration of appropriate factors under 18 U.S.C. § 3553(a), is not unreasonable. See United States v. Nelson, 453 F.3d 1004, 1006 (8th Cir. 2006) (appellate court reviews revocation sentence to determine whether it is unreasonable in relation to, inter alia, § 3553(a) factors and advisory Guidelines range). Ritter's second argument is meritless. See United States v. Griner, 358 F.3d 979, 981-82 (8th Cir. 2004) (18 U.S.C. § 3583(d) "continues to include community corrections confinement as a discretionary condition of supervised release").

Accordingly, we affirm.

_____